# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Barreca, Marc L. | **2. Court or Organization**<br><br>United States Bankruptcy Court, Western District of WA | **3. Date of Report**<br><br>05/10/2013 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Room 7121
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | U.S. Bankruptcy Court | $165,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | City of Seattle |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Office of Circuit Executive | 3/26/2012 - 3/29/2012 | Charleston, SC | Attend National Workshop for Bankruptcy Judges I | Airfare, lodging, meals and transportation |
| 2. | Association of Insolvency & Restructuring Advisors | 6/6/2012 - 6/8/2012 | San Francisco, CA | Presenter at conference | Airfare, transportation and meals |
| 3. | Office of Circuit Executive | 8/12/2012 - 8/16/2012 | Lahaina, HI | Attend 9th Circuit Judicial Conference | Airfare, lodging, meals and transportation |
| 4. | American Bankruptcy Institute | 10/1/2012 - 10/2/2012 | Ocean Shores, WA | Presenter at 54th Washington Judicial Conference | Mileage, lodging and meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

| 5. | American Bar Association and National Conference of Bankruptcy Judges | 10/23/2012 - 10/26/2012 | San Diego, CA | Attend ABA meeting as Co-Chair of Government Powers Subcommittee; Speaker for NCBJ | Mileage, lodging, airfare and meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Seattle Metro Credit Union (Account) | A | Interest | L | T | | | | | |
| 2. Watermark Credit Union (Account) (nka Sound Credit Union) | A | Interest | J | T | | | | | |
| 3. Janus Worldwide Fund D | A | Dividend | | | Sold | 8/10/12 | K | | |
| 4. Legg Mason CM Value Trust CL C | | None | | | Sold | 8/10/12 | K | | |
| 5. T Rowe Price Mid-Cap Growth | | None | | | Sold | 8/10/12 | K | | |
| 6. IRA Gabelli Global Growth Fund Class AAA | | None | | | Sold | 8/10/12 | J | | |
| 7. IRA Investco Technology Fund Investor | | None | | | Sold | 8/10/12 | J | | |
| 8. City of Seattle Voluntary Deferred Compensation-▨ | | | | | | | | | |
| 9. -Hotchkis & Wiley Sml-Cap Val I (Y) | | | | | | | | | ▨ - see notes |
| 10. -American Funds EuroPac Gr R4 (Y) | | | | | | | | | ▨ - see notes |
| 11. Top-2005, LLC | | None | J | U | | | | | See notes VII |
| 12. Charles Schwab IRA | | | | | | | | | |
| 13. -Power Shares QQQ (fka Nasdaq▨ Shares) (Y) | A | Dividend | K | T | | | | | ▨ - see notes |
| 14. -Amcent: Ben GNMA (Y) | D | Dividend | M | T | | | | | ▨ - see notes |
| 15. -Delafield Fund (Y) | | None | L | T | | | | | ▨ - see notes |
| 16. -Schwab S&P 500 Index Fund (Y) | B | Dividend | K | T | | | | | ▨ - see notes |
| 17. -Columbia Marsico Focused (Y) | | None | K | T | | | | | ▨ - see notes |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Europacific Growth Fund (Y) | A | Dividend | K | T | | | | | - see notes |
| 19. -Columbia Small Cap Index (Y) | A | Dividend | K | T | | | | | - see notes |
| 20. -Credit Suisse Commodity (Y) | | None | K | T | | | | | - see notes |
| 21. -Vanguard Reit Index Fund (Y) | B | Dividend | K | T | | | | | - see notes |
| 22. -Artisan International Fund (Y) | A | Dividend | K | T | | | | | - see notes |
| 23. -Capital Income Builder (Y) | B | Dividend | K | T | | | | | - see notes |
| 24. -Income Fund of America (Y) | B | Dividend | K | T | | | | | - see notes |
| 25. -American Balanced Fund (Y) | A | Dividend | K | T | | | | | - see notes |
| 26. -Schwab US Mid ETF (Y) | A | Dividend | K | T | | | | | - see notes |
| 27. -Lazard Developing Mkts (Y) | | None | J | T | | | | | - see notes |
| 28. -Pimco Foreign Bond Fund (Y) | A | Dividend | J | T | | | | | - see notes |
| 29. -Schwab Retirement Money (Y) | | None | J | T | | | | | |
| 30. -Citigroup Mtg Ln (Y) | | None | K | T | | | | | - see notes |
| 31. -Advisors Disciplined Tr (Y) | C | Dividend | K | T | | | | | - see notes |
| 32. -Schwab Money Market | | None | L | T | | | | | |
| 33. Schwab Non-IRA | | | | | | | | | |
| 34. -Power Shares QQQ (Y) | A | Dividend | K | T | | | | | - see notes |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -I Shrs S&P Mid Blend (Y) | | None | J | T | | | | | - see notes |
| 36. -I Shrs S&P Mid Value (Y) | | None | J | T | | | | | - see notes |
| 37. -I Shrs S&P Smallcap Growth (Y) | | None | J | T | | | | | - see notes |
| 38. -I Shrs S&P Smallcap Value (Y) | | None | J | T | | | | | - see notes |
| 39. -I Shrs S&P Smallcap Blend (Y) | A | Dividend | K | T | | | | | - see notes |
| 40. -I Shrs MSCI EAFE Idx (Y) | B | Dividend | K | T | | | | | - see notes |
| 41. -SPDR Trust Unit SR (Y) | A | Dividend | K | T | | | | | - see notes |
| 42. -Citicorp Mtg Secs (Y) | | None | K | T | | | | | - see notes |
| 43. -Ishares S&P U S Pfd Fund Par 0.00 (Y) | B | Dividend | K | T | | | | | - see notes |
| 44. -Vanguard Reit Par 0.00 (Y) | A | Dividend | K | T | | | | | - see notes |
| 45. -Ishares Msci Emrg Mkt Fd Par 0.00 (Y) | A | Dividend | J | T | | | | | - see notes |
| 46. -Ishares TRUST Dow Jones Par 0.00 (Y) | A | Dividend | J | T | | | | | - see notes |
| 47. -EFA Par 0.00 (Y) | | | | | | | | | - see notes |
| 48. -Schwab Money Market | | None | K | T | | | | | |
| 49. -Advisors Disc Tr Ut 752 (Y) | B | Dividend | K | T | | | | | - see notes |
| 50. -Advisors Disc Tr Ut 742 (Y) | C | Dividend | K | T | | | | | - see notes |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, pages 5-8, "⬚⬚⬚⬚⬚ transactions are partial or total transfers to ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ property settlement agreement. Remaining asset value, if any, as listed.

Part VII, page 5, #11: Top-2005, LLC is a liquidating trust from a corporate sale several years ago. There was no income and there is no remaining value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544